**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Ericka Nicole Clay and Michael Dewayne Small, II, Defendants,

Of whom Michael Dewayne Small, II is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000383

———————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-364
Submitted October 20, 2021 – Filed October 21, 2021

———————

**AFFIRMED**

———————

Heather Vry Scalzo, of Byford & Scalzo, LLC, of Greenville, for Appellant.

Virginia Ann Mullikin, of Mullikin Law Firm, LLC, of Camden; and Scarlet Bell Moore, of Greenville, both for Respondent.

Michael Julius Schwartz, of Russel B. Long, PA, of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:**  Michael Dewayne Small, II appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Small's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and MCDONALD and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.